UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ILYAS ALI,<br><br>       Petitioner,<br><br>- against -<br><br>DHS/ICE/DEPT. OF JUSTICE,<br><br>       Respondent. | No. 19 Civ. 8645 (LGS)<br><br>**NOTICE OF MOTION** |

   PLEASE TAKE NOTICE that, upon the accompanying Respondent's Memorandum of Law in Support of its Motion to Dismiss or to Transfer the Case to the Northern District of Alabama and the Declaration of Senior Detention and Deportation Officer Perry Zaner dated October 22, 2019, Respondent, by and through its attorney, Geoffrey S. Berman, United States Attorney for the Southern District of New York, will move this Court to dismiss the petition or, in the alternative, transfer the petition to the Northern District of Alabama under Rule 12(b)(3) of the Federal Rules of Civil Procedure.

Dated: New York, New York
    October 23, 2019

                   Respectfully submitted,

                   GEOFFREY S. BERMAN
                   United States Attorney for the
                   Southern District of New York

            By: *s/ Joshua E. Kahane*
               JOSHUA E. KAHANE
               Assistant United States Attorney
               86 Chambers Street, 3rd Floor
               New York, New York, 10007
               Telephone:  (212) 637-2699
               Facsimile:  (212) 637-2786
               E-mail:  joshua.kahane@usdoj.gov

cc: Ilyas Ali (via Certified Mail)