```
UNITED STATES DISTRICT COURT                    USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                   DOCUMENT
------------------------------------------------------------X  ELECTRONICALLY FILED
                                             :  DOC #:
ILYAS ALI,                                   :  DATE FILED: 12/02/2019
                           Petitioner,       :
                                             :        19 Civ. 8645 (LGS)
              -against-                      :
                                             :             ORDER
DHS/ICE/ DEPT. OF JUSTICE,                   :
                           Respondents.      :
                                             :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Petitioner Ilyas Ali filed a petition for a writ of habeas corpus on September 17, 2019. He asserts that he has been detained since December 4, 2018 and that his continued detention without the opportunity for a bond hearing is unlawful based on the Supreme Court's decision in *Zadvydas v. Davis*, 533 U.S. 678 (2001);

WHEREAS the U.S. Attorney's Office filed a motion to dismiss or to transfer on October 23, 2019 (Dkt. No. 7), and further filed a certificate of service of the motion on Petitioner on October 23, 2019 (Dkt. No. 10);

WHEREAS, Petitioner was directed to file reply papers, if any, within thirty days of from the date Petitioner was served with the motion (Dkt. No. 4);

WHEREAS, due to two changes of address, Petitioner has not yet been served with the Order directing reply papers. It is hereby

ORDERED that Petitioner may file reply papers, if any, within thirty days of from the date Petitioner is served with this Order.

The Clerk of Court is respectfully requested to serve this Order, along with the information packet at Dkt. No. 5 and the Government's motion and supporting papers at Dkt. Nos. 7, 8 and 9, via certified mail on Plaintiff at his current address.

Dated: December 2, 2019
      New York, New York

                                                        **LORNA G. SCHOFIELD**
                                                        UNITED STATES DISTRICT JUDGE