UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
                                              :
ILYAS ALI,                                    :
                              Petitioner,     :
                                              :              19 Civ. 8645 (LGS)
             -against-                        :
                                              :                  ORDER
DHS/ICE/ DEPT. OF JUSTICE,                     :
                              Respondents.    :
                                              :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on June 9, 2020, this Court granted the Government's motion to transfer

venue.  ECF 17.  The case was subsequently transferred to the Northern District of Alabama;

      WHEREAS, the Clerk of Court mailed a copy of the Court's Order to Petitioner, but the

mailing was returned to sender as "not known unable to forward."  It is hereby

      **ORDERED** that the Government shall serve this Court's Order at Dkt. No. 17 on

Petitioner, and file proof of such service, by July 17, 2020.

Dated: July 6, 2020
     New York, New York

                            **LORNA G. SCHOFIELD**
                        **UNITED STATES DISTRICT JUDGE**